1  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
2  5 Hutton Centre Drive, Suite 1000
   Santa Ana, California  92707
3  (714) 542-1800/FAX (714) 542-3592
   cholt@klinedinstlaw.com
4
   Attorneys for Defendant
5  CENTRAL CREDIT SERVICES, INC.

6  Amir J. Goldstein, Esq.
   5455 Wilshire Boulevard, Suite 914
7  Los Angeles, CA 90036
   (323) 937-0400/ FAX: (866) 288-9194
8  ajg@consumercounselgroup.com

9  Attorney for Plaintiff
   NORMA GUZMAN
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| NORMA GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, INC. 1 through 20, inclusive,<br><br>Defendant. | Case No.   CV08-07879 PSG (RZx)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE OR CONTINUE THE PRE-TRIAL CONFERENCE AND PROPOSED ORDER**<br><br>Courtroom:       790<br>Judge:           Phillip S. Gutierrez<br>Magistrate Judge: Ralph Zarefsky<br>Complaint Filed: December 1, 2008<br>Trial Date:      January 26, 2010 |
|---|---|

The Parties in the above-referenced matter have settled and executed a settlement agreement. Payment is pending and anticipated by December 15, 2009.

///

///

///

///

///

///

- 1 -
NOTICE OF SETTLEMENT AND REQUEST TO VACATE OR CONTINUE THE PRE-TRIAL
CONFERENCE AND PROPOSED ORDER
CV08-07879 PSG (RZx)

The Parties hereby request that the Court vacate or continue the Pre-Trial Conference, currently set for December 14, 2009 at 2:30 p.m., for 30 days.

KLINEDINST PC

DATED: December 11, 2009     By: /s/Christopher D. Holt
                                 Christopher D. Holt, Esq.
                                 Attorneys for Defendant
                                 CENTRAL CREDIT SERVICES, INC.

LAW OFFICE OF AMIR J. GOLDSTEIN

DATED: December 11, 2009     By: /s/Amir J. Goldstein
                                 Amir J. Goldstein, Esq
                                 Attorneys for Plaintiff
                                 NORMA GUZMAN

884619v1

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
CENTRAL CREDIT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA GUZMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL CREDIT SERVICES, INC. 1 through 20, inclusive,<br><br>　　　　Defendant. | Case No.   CV08-07879 PSG (RZx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date<br>Time:<br>Courtroom:　　790<br>Judge:　　　　Phillip S. Gutierrez<br>Magistrate Judge: Ralph Zarefsky<br>Complaint Filed:　December 1, 2008<br>Trial Date:　　　January 26, 2010 |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF ORANGE      )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Orange, California, and my business address is 5 Hutton Centre Drive, Suite 1000, Santa Ana, California 92707.

On **December 11, 2009**, I caused to be served the following documents:

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE OR CONTINUE THE PRE-TRIAL CONFERENCE AND PROPOSED ORDER**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Santa Ana, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF") . The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

  ☐ By personally delivering the copies;

  ☐ By leaving the copies at the attorney's office;

    ☐ With a receptionist, or with a person having charge thereof; or

1     ☐    In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

2     ☐    By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2009, at Santa Ana, California.

*/s/ Carrie L. Gagne*
Carrie L. Gagne

- 3 -

**CERTIFICATE OF SERVICE**
CV08-07879 PSG (RZx)

Service List
GUZMAN v. CENTRAL CREDIT SERVICES, INC.
3972-5003

| Amir J. Goldstein, Esq.<br>5455 Wilshire Boulevard, Suite 914<br>Los Angeles, CA 90036 | T: (323) 937-0400<br>F: (866) 288-9194<br><br>Attorney for Plaintiff |
|---|---|

760197v1