1  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
2  5 Hutton Centre Drive, Suite 1000
   Santa Ana, California  92707
3  (714) 542-1800/FAX (714) 542-3592
   cholt@klinedinstlaw.com
4
   Attorneys for Defendant
5  CENTRAL CREDIT SERVICES, INC.

6

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  NORMA GUZMAN, individually and on behalf of all others similarly 12  situated, | Case No.    CV08-07879 PSG (RZx) |
| 13              Plaintiff, | [PROPOSED] ORDER VACATING OR CONTINUING THE PRE-TRIAL CONFERENCE |
| 14       v. | |
| 15  CENTRAL CREDIT SERVICES, INC. 1 through 20, inclusive, | Courtroom:       790 Judge:            Phillip S. Gutierrez Magistrate Judge:  Ralph Zarefsky |
| 16 | Complaint Filed:  December 1, 2008 Trial Date:       January 26, 2010 |
| 17              Defendant. | |

18       IT IS HEREBY ORDERED that the Pre-Trial Conference currently set for

19  December 14, 2009 at 2:30 p.m.  in the above-referenced matter is hereby:

20       Vacated; or

21       Continued to _____

22       IT IS SO ORDERED.

23

24

25  DATED: December ____, 2009        By: _____
                                         HON. PHILLIPS S. GUTIERREZ
26                                       UNITED STATES DISTRICT JUDGE

   884642v1
27

28

KLINEDINST PC
5 HUTTON CENTRE DRIVE, STE. 1000
SANTA ANA, CALIFORNIA 92707

- 1 -
[PROPOSED] ORDER VACATING OR CONTINUING THE PRE-TRIAL CONFERENCE
CV08-07879 PSG (RZx)