# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No.: CV 08-7879-PSG (RZx) | Date: December 14, 2009 |
| Title: NORMA GUZMAN -VS- CENTRAL CREDIT SERVICES, INC., ET AL. | |

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Amir Goldstein                    Christopher Holt

Proceedings:   **FINAL PRETRIAL CONFERENCE**

The Court questions counsel regarding the Notice of Settlement filed December 11, 2009, and dismisses the case. However, the Court shall maintain jurisdiction for purposes of enforcing the settlement.

                                          0   :   01
                        Initials of Preparer    wkh